# 736    Cases Reported with Brief Syllabi.

the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

Frank Robistello, Respondent, v. Rockville Manor Model Homes, Inc., and National Surety Company, Appellants. Bernard Ciabattoni and Others, Defendants. (Action No. 2.) — Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April, 1928, term (for which term the case is set down) and be ready for argument when.reached, and upon the further condition that appellants pay respondent ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

Frank Robistello, Respondent, v. Rockville Manor Model Homes, Inc., and National Surety Company, Appellants. Bernard Ciabattoni and Others, Defendants. (Action No. 3.) — Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

Frank Robistello, Respondent, v. Rockville Manor Model Homes, Inc., and National Surety Company, Appellants. Bernard Ciabattoni and Others, Defendants. (Action No. 4.) — Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

Frank Robistello, Respondent, v. Rockville Manor Model Homes, Inc., and National Surety Company, Appellants. Bernard Ciabattoni and Others, Defendants. (Action No. 5.) — Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

Rollton Realty Co., Inc., Appellant, v. George Sachnoff, Defendant, and Ely Berman, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

Ira Schuman, Doing Business as Master Butchers Coat and Apron Supply Company, Respondent, v. Arcade Coat, Apron and Towel Supply Co., Inc., Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

Ralph Sorrentino, an Infant, by Caroline Sorrentino, His Guardian ad Litem, Appellant, v. Frank Sorrentino, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

Samuel Valenstein, Respondent, v. Alfred D. Miller and Others, Appellants.— Motion for stay of examination before trial, pending appeal, denied, with